Steven J. Nataupsky (SBN 155913)
snataupsky@kmob.com
Joseph S. Cianfrani (SBN 196186)
jcianfrani@kmob.com
Curtis R. Huffmire (SBN 225069)
chuffmire@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
CAM GUARD SYSTEMS, INC.

E-FILED 11-10-08
JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CAM GUARD SYSTEMS, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SMART SYSTEMS TECHNOLOGIES, INC., a California corporation,<br><br>    Defendant. | Case No. SACV07-1051 PSG (SSx) (consolidated with CV 06-6949 PSG (SSx))<br><br>[~~PROPOSED~~] **FINAL JUDGMENT**<br><br>Trial: September 4, 2008<br>Time:  9:00 a.m.<br>Courtroom: 790<br><br>Hon. Philip S. Gutierrez |

*1*       On June 3, 2008, this Court found in favor of Cam Guard Systems, Inc. ("Cam Guard"), finding that Smart Systems Technologies, Inc. ("SST") literally infringed Claims 1-7, 9-14, 16-17, and 19-26 of U.S. Patent No. 7,059,783 ("the '783 Patent"), Claims 1-5, 8, 13, and 14 of U.S. Patent No. 7,111,997 ("the '997 Patent"), and Claims 1 and 3-5 of U.S. Patent No. 7,267,496 ("the '496 Patent"). Additionally, this Court found as a matter of law that the '783, '997, and '496 Patents are valid and enforceable.

      On September 4, 2008, a jury trial on the remaining issues of willfulness and damages concerning the '783, '997, and '496 Patents came before this Court. On September 16, 2008, the jury rendered its verdict awarding damages to Cam Guard in the amount of $183,000, and finding that SST had not willfully infringed the '783, '997, and '496 Patents.

      The issues having been duly tried and the jury having rendered its verdict,

THE COURT HEREBY ORDERS, ADJUDGES AND DECREES:

1. That U.S. Patent Nos. 7,059,783; 7,111,997; and 7,267,496, each owned by Cam Guard, are valid and enforceable.

2. That SST's surveillance towers with the recorder in the secure base enclosure, SST's modified surveillance tower with the recorder in an enclosure on the pole, and SST's modified surveillance tower with the recorder in a supervisor's trailer/unit infringe Claims 1-7, 9-14, 16-17 and 19-26 of the '783 patent.

3. That SST's surveillance towers with the recorder in the secure base enclosure infringe Claims 1-5, 8, 13 and 14 of the '997 patent.

4. That SST's modified surveillance tower with the recorder in an enclosure on the pole, and SST's modified surveillance tower with the recorder in a supervisor's trailer/unit infringe Claims 1 and 3-5 of the '496 patent.

/ / /

*1*       5.     That Cam Guard shall recover from SST damages in the amount of
*2*              $183,000;

*3*       6.     That Cam Guard shall recover its costs, prejudgment and post-
*4*              judgment interest and Cam Guard is to submit a brief on the
*5*              amount of interest to be added to the damages award no later than
*6*              October 20, 2008; and

*7*       7.     That SST, together with its officers, agents, servants, employees
*8*              and attorneys, and any person in active concert or participation
*9*              with them having actual notice of this Order are hereby
*10*             permanently enjoined from making, using, offering to sell, rent, or
*11*             lease, or selling, renting, or leasing within the United States, its
*12*             territories and possessions, or by importing into the United States,
*13*             its territories and possessions, its current surveillance towers or
*14*             surveillance towers that meet all of the limitations of one or more
*15*             claims of U.S. Patent No. 7,267,496, U.S. Patent No. 7,059,783,
*16*             and U.S. Patent No. 7,111,997 during the unexpired terms of those
*17*             patents, without authorization or license from Cam Guard.

*18*

*19*     Pursuant to Federal Rule of Civil Procedure 58, the Court expressly
*20* directs the Clerk to enter this Final Judgment as set forth above.

*21*

*22*
*23* IT IS SO ORDERED.
Dated: 11/10/08 _____
*24*                                      THE HON. PHILIP S. GUTIERREZ
*25*                                      UNITED STATES DISTRICT JUDGE

*26* 5996201
*27*
*28*